ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                          )
                                                     )
Sensors Unlimited, Inc.                              )        ASBCA Nos. 62711, 62711-ADR
                                                     )
Under Contract No. FA8650-10-C-5411 *et al.*         )

APPEARANCES FOR THE APPELLANT:          Edmund M. Amorosi, Esq.
                                        Stephen D. Knight, Esq.
                                          Smith Pachter McWhorter PLC
                                          Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:         Arthur M. Taylor, Esq.
                                          DCMA Chief Trial Attorney
                                        Adrianne L. Goins, Esq.
                                          Trial Attorney
                                          Defense Contract Management Agency
                                          Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: January 28, 2022

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62711, 62711-ADR, Appeals of Sensors Unlimited, Inc., rendered in conformance with the Board's Charter.

Dated: January 31, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services